STATE v. JENKINS

No. 209P00

Case below: 137 N.C.App. 367

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 June 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. JOHNSON

No. 128P00

Case below: 136 N.C.App. 670

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. JONES

No. 189P00

Case below: 137 N.C.App. 221

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 June 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

STATE v. LEAZER

No. 175PA00

Case below: 137 N.C.App. 385

Motion by defendant to dissolve stay denied 15 June 2000. Petition by Attorney General for writ of supersedeas allowed 15 June 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 15 June 2000.